**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2210**

DOLI ISAIAS VELASQUEZ-DELEON,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  July 30, 2014        Decided:  September 10, 2014

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Theodore John Murphy, MURPHY LAW FIRM, PC, West Chester, Pennsylvania, for Petitioner. Stuart F. Delery, Assistant Attorney General, David V. Bernal, Assistant Director, Lance L. Jolley, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doli Isaias Velasquez-DeLeon, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider the denial of his untimely motion to reopen. We have reviewed the administrative record and Velasquez-DeLeon's contentions, and conclude that the Board did not abuse its discretion in denying the motion. See 8 C.F.R. § 1003.2(a) (2013). We accordingly deny the petition for review for the reasons stated by the Board. See In re: Velasquez-DeLeon (B.I.A. Aug. 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED